FILED

2016 AUG 17 PM 2: 27

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING |
| | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:15CR319 |
| | ) | |
| LEROY SHUAROD STEELE, | ) | 21 U.S.C. § 846 |
| aka LEROY SEAN STEELE, | ) | 21 U.S.C. § 841(a)(1) |
| aka SHRAWN, | ) | 21 U.S.C. § 841(b)(1)(C) |
| aka SHAWN, | ) | 18 U.S.C. § 2 |
| SABRINA M. ROBINSON, | ) | |
| aka "BRE," | ) | JUDGE DONALD C. NUGENT |
| RYAN K. SUMLIN, | ) | |
| aka T.J., | ) | |
| | ) | |
| Defendants, | ) | |

COUNT 1

The Grand Jury charges:

From at least as early as March 2015, to in or about April 2015, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, LEROY SHUAROD STEELE, aka LEROY SEAN STEELE, aka SHRAWN, aka SEAN, SABRINA M. ROBINSON, aka "BRE", RYAN K. SUMLIN, aka T.J., and diverse others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and to

possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and acetyl fentanyl, a Schedule I controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

It was a part of the conspiracy that on numerous occasions during a period beginning in at least as early as March 2015 to in or about April 2015, LEROY SHUAROD STEELE obtained fentanyl and acetyl fentanyl from suppliers in China.

It was further a part of the conspiracy that SABRINA M. ROBINSON assisted LEROY SHUAROD STEELE in distributing fentanyl and acetyl fentanyl to various individuals in Akron, Fairlawn and other areas in the Northern District of Ohio.

It was further part of the conspiracy that LEROY SHUAROD STEELE and SABRINA M. ROBINSON supplied RYAN K. SUMLIN with fentanyl for redistribution in Akron and other areas in the Northern District of Ohio.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about March 21, 2015, in the Northern District of Ohio, Eastern Division, the defendant, LEROY SHUAROD STEELE, aka LEROY SEAN STEELE, aka SHRAWN, aka SEAN, did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption as provided in Title 21, United States Code, Section 813, and death resulted from the use of such substance, all in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

<u>ENHANCED PENALTY UNDER TITLE 21,</u>
<u>UNITED STATES CODE, SECTION 841 (b)( 1)(C)</u>
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

The allegations of Count 2 are hereby re-alleged and incorporated by reference herein. It is further alleged that on or about March 21, 2015, in Akron, Ohio, a person whose identity is known to the Grand Jury (T.R.) did fatally ingest and overdose on a controlled substance, namely acetyl fentanyl analogue, which had been distributed by LEROY SHUAROD STEELE, aka LEROY SEAN STEELE, aka SHRAWN, aka SEAN to T.R. (the deceased person).

All in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges:

On or about March 28, 2015, in the Northern District of Ohio, Eastern Division, the defendant, RYAN K. SUMLIN, aka T.J., did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl and heroin, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

<u>ENHANCED PENALTY UNDER TITLE 21,</u>
<u>UNITED STATES CODE, SECTION 841 (b)( 1)(C)</u>
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

The allegations of Count 3 are hereby re-alleged and incorporated by reference herein. It is further alleged that on or about March 28, 2015, in Akron, Ohio, a person whose identity is known to the Grand Jury (C.D.) did fatally ingest and overdose on a controlled substance,

namely fentanyl and heroin, which had been distributed by RYAN K. SUMLIN, aka T.J., aka to C.D. (the deceased person).

All in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 4

The Grand Jury further charges:

On or about April 28, 2015, in the Northern District of Ohio, Eastern Division, the defendant, RYAN K. SUMLIN, aka T.J., did unlawfully, knowingly and intentionally distribute and possess with the intent distribute a quantity of a mixture and substance containing a detectable amount of fentanyl and heroin, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.